UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                                                  Case No. 18-cv-1227-LM

Chief Deputy Richard M. Young Jr. et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 21, 2020.

                                                      _____
                                                      Landya B. McCafferty
                                                      Chief Judge

Date: September 3, 2020

cc: Josephine Amatucci, pro se
    Counsel of Record