UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

   v.                                      Case No. 18-cv-1227-SM-AJ

Richard M. Young, Jr., et al

ORDER

No objections having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 12, 2024, the motion to amend (doc. no. 281) is denied for the reason set forth therein and the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 12, 2024, the motion for summary judgment (doc. no. 259), motion for hearing (doc. no. 268), second request – motion for expeditious jury trial (doc. no. 269) are denied for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: May 3, 2024

cc:   Josephine Amatucci, pro se
       Counsel of Record