UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

    v.                                         Case No. 18-cv-1227-SM-AJ

Richard M. Young, Jr. et al.


**REPORT AND RECOMMENDATION**

    On April 12, 2024, the court ordered plaintiff Josephine Amatucci to show cause why this case should not be dismissed based on her repeated failure to comply with her discovery obligations and her steadfast refusal to accept the fact that she has any such obligations at all. See generally Show Cause Order (Doc. No. 283).[1]

    Although Mrs. Amatucci filed a response (Doc. No. 286) to the court's order, that response failed to provide initial disclosures, as required by Fed. R. Civ. P. 26(a)(1)(a), respond to defendants' request for production of documents, or provide a valid basis for not complying, as the show cause order required. Instead, Mrs. Amatucci did little more than repeat her oft-rejected argument that she is entitled to judgment as a matter of law, based solely on her version of events, and without

---

[1] The court detailed Mrs. Amatucci's various failures and refusals to comply in its Show Cause Order and will not repeat those details here.

allowing the defendants to defend against her claims. Accordingly, the undersigned Magistrate Judge recommends that the district judge grant defendants' motions to dismiss (Doc. Nos. 255 and 256), dismiss this case with prejudice and deny all pending motions as moot.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file any objection within the specified time waives the right to appeal the district court's Order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016). Only those issues raised in the written objections to this Report and Recommendation "'are subject to review in the district court,'" and any issues "'not preserved by such objection are precluded on appeal.'" Id. (citations omitted).

_____
Andrea K. Johnstone
United States Magistrate Judge

May 8, 2024

cc:  Josephine Amatucci, pro se
     Counsel of Record