```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

     v.                                                 Case No. 18-cv-1227-SM-AJ

Richard M. Young, Jr., et al

                              ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 8, 2024, for the reasons set forth therein. Defendants' motions to dismiss (doc. nos. 255 and 256) are granted. This case is dismissed with prejudice and all pending motions are denied as moot. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk of court shall enter judgment and close the case.

    **So Ordered.**

                                                Steven J. McAuliffe
                                                United States District Judge

Date: June 3, 2024

cc:   Josephine Amatucci, pro se
       Counsel of Record